**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1072**

JENNIFER SARAH YAGODA,

        Plaintiff - Appellant,

    v.

NEW HANOVER CHILD PROTECTIVE SERVICES; JOHN DAVIS; KARI
SANDERS; RENEE HALL; GEORGIA MORRIS,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Terrence W. Boyle,
District Judge. (7:11-cv-00122-BO)

Submitted:  August 18, 2016      Decided:  August 22, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jennifer Sarah Yagoda, Appellant Pro Se.  Mary Craven Adams, Sonny
Sade Haynes, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer Sarah Yagoda appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Yagoda v. New Hanover Child Protective Servs., No. 7:11-cv-00122-BO (E.D.N.C. Jan. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED